UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE LERNOUT & HAUSPIE SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | **Jury Trial Demanded**<br><br>Civil Action No. 00-CV-11589-PBS |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust.,<br>    Plaintiffs,<br>v.<br>JO LERNOUT, *et al.*,<br>    Defendants. | **Jury Trial Demanded**<br><br>Civil Action No. 02-CV-10302-PBS |
| STONINGTON PARTNERS, INC., *et al.*,<br>    Plaintiffs,<br>v.<br>CARL DAMMEKENS, *et al.*,<br>    Defendants. | **Jury Trial Demanded**<br><br>Civil Action No. 02-CV-10303-PBS |
| PAUL G. BAMBERG, *et al.*,<br>    Plaintiffs,<br>v.<br>KPMG, LLP, *et al.*,<br>    Defendants.<br><br>JANET BAKER, *et al.*,<br>    Plaintiffs,<br>v.<br>KPMG, LLP, *et al.*,<br>    Defendants. | **Jury Trial Demanded**<br><br>Civil Action No. 02-CV-10304-PBS<br>CONSOLIDATED WITH<br>Civil Action No. 02-CV-10305-PBS |

## DECLARATION OF PROFESSOR MATTHIAS EDWARD STORME
## IN SUPPORT OF PLAINTIFFS' JOINT MOTION TO COMPEL KPMG-BELGIUM

PROFESSOR MATTHIAS E. STORME hereby declares pursuant to 28 U.S.C.

§ 1746 that:



## I.   QUALIFICATIONS

1.      I am a professor of civil and comparative law at Katholieke Universiteit (K.U.) Leuven, in Leuven, Belgium, a member in good standing of the Bar of Brussels, Belgium, and a member of the law firm of Keuleneer, Storme, Vanneste, Van Varenbergh, Verhelst, having offices in Brussels, Belgium.

2.      I am a citizen and resident of Belgium, with an extensive background in Belgian and international law.  My *curriculum vitae* is annexed hereto as Exhibit "1." In 1981, I obtained a license in law (the equivalent of a Masters Degree), *magna cum laude*, from K.U. Leuven, concentrating on general legal principles of Belgian law.  In 1982, I obtained a Master of Arts degree in philosophy from Yale University.  I am also a graduate fellow of the Belgian-American Educational Foundation.  In 1989, I obtained a Juris Doctorate (a Ph.D.-equivalent) from K.U. Leuven, with a thesis on good faith in the law of obligations.  I studied under the auspices of Professor Walter van Gerven, advocate general of the Court of Justice of the European Communities.

3.      I am currently a senior tenured law professor at K.U. Leuven, and a junior professor at the University of Antwerp, in Belgium.  I teach civil law of property and obligations, as well as comparative law, international private law and European Communities law.  I have also taught law at the University of Amsterdam (1990-1993), and have been a guest law lecturer and/or guest law professor at Erasmus Universiteit Rotterdam and Universiteit Groningen in the Netherlands, Université de Rouen and Université de Lille in France, in Universiteit Ghent and FUNDP (University of Namur) in Belgium, Universiteit Stellenbosch in South Africa, Hebrew University Jerusalem in Israel, among others.

4.      I have been an advocate in the Bar of Brussels[1] since 1987. Between 1996 and 1998, I was a member of the Council of the Brussels Bar. Subsequently, from 1998 to 2000, I served as an elected member of the General Council of the Flemish Bar, which oversees the activities of each of the local bars. I was a member of the Commission for the Recognition of Permanent Education, which oversees continuing legal education in Belgium, from 2000 to 2002. I have acted as an arbitrator in international (ICC) and domestic (CEPINA/CEPANI) disputes.

5.      Since 2000, I have been on the editorial board of the "Tijdschrift voor Privaatrecht" (the Journal for Private Law), the leading Belgian review in that area of private law (including civil procedure). Since 1992, I have been the Executive Editor of the "European Review of Private Law/Europäische Zeitschrift für privatrecht/ Revue européenne de droit privé," and a member and secretary of the "Commission on European Contract Law" (the "Lando-commission"), a group of professors commissioned to prepare the "Principles of European Community Law," *i.e.*, to reformulate and universalize the law of contracts in Europe. I am also a member of the Study Group on a European Civil Code. I have written extensively in the areas of comparative and Belgian civil law, and particularly contract, property, civil procedure and jurisprudence in Belgium. A comprehensive index of my publications, most of which are in Dutch, the teaching language of K.U. Leuven, is annexed hereto as Exhibit "2". In particular, I have written articles addressing subjects such as:

- General principles of the Belgian law of evidence;

---

[1]      As in the United States, attorneys in Belgium gain admission to local law bars, rather than a national law bar.

- Professional ethics and procedural fairness (Report IX World Congress on Civil Procedure);

- Good faith and fair dealing in civil procedure and under the law of evidence;

- Difficulties of gathering evidence under Belgian law, translated into English under the title, "The Facts on Trial."

## II.   PURPOSE OF THIS DECLARATION

6.      I have been consulted by the Plaintiffs in these Actions in connection with their efforts to obtain document discovery from defendant Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren ("KPMG-Belgium"). The purpose of this Declaration is to supply the Court with information concerning the Belgian legal system and substantive laws of Belgium that are relevant to KPMG-Belgium's objections to providing discovery.

7.      I have reviewed and am familiar with the First Consolidated and Amended Complaint filed in *In re Lernout & Hauspie Securities Litigation*, Civil Action No. 00-CV-11589-PBS, and the Amended Complaints filed in *Filler and Perlman v. Lernout, et al.*, Civil Action No. 02-10302-PBS and *Stonington Partners, et al. v. Dammekens, et al.*, Civil Action No. 02-CV-10202-PBS, which seek redress on behalf of shareholders of Lernout & Hauspie Speech Products, N.V. ("L&H") for misstated financial statements.

8.      I have also reviewed and am fully familiar with:

- Class Plaintiffs' First Request for the Production of Documents from Defendant Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren dated September 19, 2002,

- KPMG-Belgium's Objections and Responses to Class Action Plaintiffs' First Request for Production of Documents dated November 4, 2002,

- Filler, Stonington, and Baker Plaintiffs' First Request for Production of Documents Propounded to Defendant Klynvald Peat Marwick Goerdeler Bedrijfsrevisoren (KPMG Belgium) dated September 18, 2002,

- KPMG-Belgium's Objections and Responses to Filler, Stonington, and Baker Plaintiffs' First Request for Production of Documents dated November 21, 2002,

- Filler Plaintiffs' First Set of Interrogatories Propounded to Defendant Klynveld Peat Marwick Geordeler Bedrijfsrevisoren (KPMG Belgium) dated September 18, 2002,

- KPMG-Belgium's Answers and Objections to Filler Plaintiffs' First Set of Interrogatories dated November 21, 2002,

- KPMG-Belgium's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) dated February 27, 2003 (the "Initial Disclosures"), and

- The summary of Belgian secrecy law obligations for Belgian auditors provided to Plaintiffs' counsel, and which purports to be the opinion of Professor Pierre van Ommeslaghe ("KPMG-Belgium Summary").

9.     Based upon my review of the above documents, I understand that KPMG-Belgium has declined to provide Plaintiffs with any discovery (documents or otherwise), including materials or information relating to Lernout & Hauspie or KPMG-Belgium itself, on the grounds that it is precluded from so doing by the duty of professional secrecy imposed on auditors under Belgian law.

## III.   SUMMARY OF CONCLUSIONS

10.     The duty of professional secrecy provides that, in certain circumstances, professionals may not disclose confidential information obtained from a client.  Under Belgium law, the duty of professional secrecy is not absolute.  There are numerous exceptions to the duty of professional secrecy that limit its application.

11.     KPMG-Belgium contends that the duty of professional secrecy prohibits it from producing any documents and information to plaintiffs in this Action.  As explained in detail below, KPMG-Belgium's position with respect to the application of the duty of professional secrecy to this case is incorrect for the following reasons, among others:

- KPMG-Belgium has the right to disclose client secrets in order to defend itself in these civil actions, as well as in the criminal action in Belgium.  Under Belgian law, no penalty can be imposed upon an auditor who discloses confidential information to defend itself.

- The duty of professional secrecy does not prohibit disclosure of confidential information where the client consents to the release of that information. Likewise, if the information claimed to be secret has become public through other lawful means it is no longer entitled to protection under Belgian law.

- The duty of professional secrecy does not prohibit disclosure of confidential information where a court orders the auditor to reveal such information. If the auditor was to refuse to disclose information in the face of such a court order, he would be guilty of contempt of court and liable for criminal sanctions including imprisonment.

- The duty of professional secrecy does not prohibit disclosure of confidential information once Lernout & Hauspie is dissolved or liquidated. Under Belgian law, upon liquidation of Lernout & Hauspie, the shareholders of Lernout & Hauspie – the owners of any residual value remaining in Lernout & Hauspie – will have the right to obtain the requested documents and information from KPMG-Belgium notwithstanding the duty of secrecy.

## IV.   BELGIAN LAW GOVERNING AUDITOR DUTY OF SECRECY

### A.   Belgian Penal Code, Article 458

12.    Article 458 of the Belgian Penal Code generally forbids specific categories of professionals from disclosing secrets that have been entrusted to them by their clients. An English translation of the text of Article 458 follows:

> *Art. 458. Physicians, surgeons, health officers, pharmacists, midwives, and all other persons who, by virtue of their profession, have knowledge of secrets that were told to them in confidence, who make those secrets public in circumstances other than being called to testify in court (or subpoenaed by a parliamentary investigatory committee), unless required by law to publicize the secrets, will be punished with imprisonment between eight days and six months and with a fine of Bfr 100 to Bfr 500.*

Article 458 was made applicable to auditors (who are not mentioned specifically in the Article) by Article 27 of the Act of July 22, 1953 on the Establishment of an Institute of Auditors (the "Institute of Auditors Act"), as amended by Article 61A of the Act of February 21, 1985 on the Reform of the Audit Profession. Article 458, including the exceptions stated therein, and the case law interpretations thereof, applies to auditors in

the same way that it applies to the other professions it governs, except to the extent that statutes provide for differential treatment of auditors (see below at ¶18). Article 5 of the Belgian Penal Code as modified by the Act of May 4, 1999 provides for the application of penal liability (including, e.g., Art. 458 Penal Code) to legal persons such as corporations and partnerships.[2]

13.     Article 458 applies only to confidential information that has been entrusted to the auditor by the client, or through the client. It does not apply to information concerning the client that the auditor obtains from other sources during the course of the audit. Accordingly, documents such as audit manuals, personnel files, documents relating to the organization of KPMG, and documents relating to fees paid to KPMG by L&H, which do not contain confidential information provided by the client, directly or indirectly, are not subject to the duty of secrecy under Article 458. Whether or not information is "secret" within the meaning of Article 458 is ultimately a matter to be determined by a court, which may review the documents or information in camera in order to make that determination.[3]

---

[2]     Auditors in Belgium are required to be members of the Belgian Institute of Company Auditors. The Belgian Institute of Company Auditors is a public authority which has disciplinary authority over its members. However, the Institute's interpretations of statute are not binding on Belgian Courts. The KPMG-Belgium Summary refers extensively to "professional standards issued by the Belgian Institute of Company Auditors" that prohibit the disclosure of certain information by auditors, such as paragraph 2.2.4 of the Belgian Generally Accepted Auditing Standards which states that the auditor's professional secrecy obligation applies to audit working papers. The professional standards issued by the Institute are merely standards of custom or usage. They are not statutes or regulations, and do *not* have the force of law.

[3]     The parliamentary history of the Institute of Auditors Act, cited at page 2 of the KPMG-Belgium Summary, is inapposite. Judicial interpretation of the concept of "secrecy" has evolved considerably since the Act was enacted in 1953.

**B.**   **Exceptions To Penal Code, Article 458**

14.   The purpose of Article 458 is to protect the client who entrusts secrets to the professional. See, e.g., Belgian Supreme Court (Hof van cassatie) Jan. 19, 2001 and March 7, 2002. Article 458 imposes a duty on the professional, which can only be exercised for the purpose of protecting the interests of the client, and cannot properly be used by the professional for its own advantage. Thus, a professional that is named as a defendant in a civil or criminal action cannot rely on Article 458 as a basis for withholding information in order to protect its own self interests. In other words, under Belgian law, the professional cannot use the duty of secrecy as a shield from liability.

15.   Notwithstanding Article 458, professionals — including auditors — have the right under Belgian law to disclose client secrets in order to defend themselves in a criminal or civil case. The KPMG-Belgium Summary incorrectly states that in such circumstances, "the auditor can only disclose information or produce documents to the extent strictly necessary for his defense." (KPMG-Belgium Summary at p. 4.)  Belgian courts have not interpreted this exception so narrowly. *See, e.g.*, Court of Cassation decision of February 5, 1985, stating that "Art. 458 Penal Code is not applicable where the person obliged to maintain secrecy has to defend itself in Court."  The KPMG-Belgium Summary is also incorrect in implying (at p. 5) that an auditor who discloses information for purposes of its defense in a civil or criminal case may be subject to sanctions "under standards set by the Belgian Institute of Company Auditors."  No penalty can be imposed upon an auditor who discloses confidential information in order to defend itself.  Such would be illegal.

16.   While a Belgian court cannot procedurally compel an auditor to disclose

documents needed for its defense, it is clear that no duty of secrecy applies to prevent disclosure of documents or information that is necessary for an auditor to defend itself from civil or criminal liability.  An auditor that discloses documents in these circumstances does not violate any Belgian law, and is not subject to any penalty under Belgian law.

17.     Even in cases where a professional is a witness (as opposed to a defendant), the secrecy provisions of the law are not absolute.  Article 458 expressly exempts from the duty of secrecy professionals who are "called on to render testimony in legal proceedings or before a parliamentary committee."  The KPMG-Belgium Summary is generally correct in stating that, under such circumstances, the professional who is called as a witness in legal proceedings is permitted, but not obliged, to disclose client secrets.  However, the overriding principle is always that the professional must act in the interests of the client and not to further its own interests.  Accordingly, for example, a Belgian court will order an auditor to testify about client secrets when such disclosure is necessary for the court to judge claims by the client against the professional. (see Art. 495 bis Penal Code, as applied in the case of Oct. 29, 1991).

18.     There is an additional exception to Article 458 that provides that a client may consent to the disclosure of confidences by an auditor.  That exception is provided in Article 27(2) of the Institute of Auditors Act, which specifically adds to the exceptions stated in Article 458 certain exceptions applicable only to auditors.  Among other things, Article 27(2) permits an auditor to disclose client secrets with the consent of the client. Although Article 27(2) merely permits, and does not obligate, the auditor to disclose secrets with the client's consent, there is no legal basis for the auditor to invoke the duty

of secrecy if a client's consent was informed and freely given.[4]

19.     The documents KPMG-Belgium seeks to withhold on the grounds of
professional secrecy will become widely available notwithstanding the strictures of
Article 458 if a criminal referral is made as to KPMG-Belgium.  Under Belgian criminal
procedure, a referral results from a criminal investigation by a magistrate judge and is
followed by a trial of the defendant.  Once the magistrate has determined that there will
be a referral (akin to an indictment in the United States), civil litigants can join in the
prosecution as civil parties and get access to all of the documents in possession of the
Advocate General, insofar as they have been used by the prosecutor, this notwithstanding
their privileged character.  In this case, the Advocate General has seized from KPMG-
Belgium many of the same documents sought by plaintiffs in these Actions and as to
which KPMG-Belgium has objected on the grounds of professional secrecy.

20.     There are additional exceptions to the duty of secrecy.  For example,
Article 27(2) permits an auditor to disclose secrets to another auditor who has a duty of
secrecy comparable to that applicable to Belgian auditors, within the context of an audit.
There is no provision in Article 27(2) or elsewhere in Belgian law for an auditor to
disclose secrets to other professionals who are not bound by any legal obligation to
maintain the confidentiality of those secrets.

21.     Finally, whereas the duty of secrecy may survive the death of a client who
is a person (although in many cases the professional cannot assert Article 458 against the
deceased person's heirs), it ceases to exist where a public corporation is dissolved or

---

[4]     While the KPMG-Belgium Summary points out that the Belgian Institute of
Company Auditors interprets this exception narrowly, it is well-established that the
Institute's interpretation does not have the force of law.

liquidated.  Accordingly, under Belgian law, KPMG-Belgium will be unable to rely upon the duty of secrecy embodied in Article 458 upon liquidation of Lernout & Hauspie.

I declare under penalty of perjury, under the laws of Belgium and the laws of the United States of America that the foregoing is true and correct and that it was duly executed at Brussels, Belgium on April 16th 2003.

Matthias E. Storme

ID-AFX-03 WO  22:10   FROM: M. E. STORME   FAX NR. +32 9 3296100   PAG. 11

# CURRICULUM VITAE MATTHIAS E. STORME

- born in Gent, on July 8, 1959, Belgian nationality
- married, 4 children
- private address : Zuidbroek 49, 9030 Gent-Mariakerke, 09-3295104, fax 09-3295106
  matthias.storme@ks4v.be

## Studies, Academic career :

- Greek-Latin Humanities at the St-BrabaraCollege (S.J.) Gent 1970-1976
- Lic. Iur. K.U.Leuven 1981 (magna cum laude); Bacc. Philos. K.U. Leuven (cum laude); M.A. (Philos.) Yale University 1981
- C.R.B. Graduate Fellow of the Belgian-American Educational Foundation 1981-82;
- Stipendiar der Max-Planck-Gesellschaft (Germany) 1984-85
- studied at the *Università degli studi di Bologna*, 1983-1984; *Max-Planck-Institut für internationales und ausländisches Privatrecht*, Hamburg, 1984-85
- researcher in law, National Research Council 1983 - 1987, teaching assistant, law school Kaholiek Universiteit Leuven 1987-1989
- Doctor iuris K.U. Leuven 1989 with a thesis on good faith in the law of obligations (promotor : prof. Walter van Gerven, advocate general Court of Justice European Communities)
- Junior professor University of Antwerp since 1989, University of Amsterdam 1990-1993, K.U. Leuven since 1991
- senior professor ("hoogleraar", since 2001 "buitengewoon hoogleraar") K.U. Leuven, since 1996, Universiteit Antwerpen (since 2002) in the field of civil law (property & obligations), comparative law and european community law
- Guest professor or lecturer at the Univeristies of : Erasmus Universiteit Rotterdam, Université de Rouen, Universiteit Utrecht; Universiteit Groningen, Universities of Budapest and Miskolc, Universiteit Gent, Hebrew University Jerusalem, Université de Lille, University of Stellenbosch, FUNDP Namur, Universität Salzburg, University of Porto, etc.
- research fellow University of Stellenbosch (South-Africa) (1998)

## Professional career outside the University :

- advocate at the Brussels Bar since 1987
- 1995-1996 President of the Dutch Young Bar of Brussels
- member of the Council of the Brussels Bar 1996-1998; member of the General Council of the Flemish Bars (1998-2000) , member of the Permanent Eductaion Board of the General Council of the Flemish Bars (2000-2002)
- since 1993 member of the Council of the Flemish Lawyers' Association (VJV), since 1998 member of the Board.
- arbitrator ICC and CEPINA (belgian arbitration center)

## Scientific activities

- Executive editor of the "European review of private law / Europäische Zeitschrift für privatrecht / Revue européenne de droit privé", since the beginning (1992)

1

- since 1992 member and secretary (until 1997) of the "Commission on European Contract Law" (so-called Lando-commission), preparing the "Principles of European Contract Law"
- member of the Study Group on a European Civil Code (chairman Prof. C.v.Bar), since 2000
- Member of the editorial Board of the leading Belgian law review "Tijdschrift voor privaatrecht" (since 2000)
- reporter and/or organisator at/of many Congresses or Colloquia, national and international (i.a. International Acdemy of comparatiev law; International association of procedural law; Principles of European Trust Law; etc.)
- promotor of several research projects in the field of harmonisation of law and the European Union, funded by the Flemish research council (FWO)
- member of the Research group "The common core of E.C. Private law", Universita degli studi di Trento.
- member of numerous scientific associations (Association for the comparative study of law in belgium and the Netherlands, l'Académie des privatistes européens - Academy of european private lawyers, Gesellschaft für Rechtsvergleichung, Association Henri Capitant des amis de la culture juridique française, Associazione R.B. Schlesinger per lo studio del diritto europeo, Associazione internazionale per la ricerca storico-giuridica e comparativa (ARISTEC), Belgisch-deutsche Juristenvereinigung,, Royal South-Netherlandic Society for Language Litterature and History, etc.)
- - member of the Expert Commission on the introduction of e-justice, Ministry of Justice, 2001-2002
- member of the Expert Commission on the rights of national minorities, Ministry of Foreign Affairs, 2002-

## Associations

- President of the "Verbond der Vlaamse Academici" (since 1996)
- President "Order of the Flemish Lion" (since 1998)
- member of the Board "Algemeen Nederlands Verbond" (since 2001)

## Some publications

Most publications are in Dutch (mother tongue and teaching language at the Catholic University of Leuven), some in other languages. A complete list can be found on:
http://www.storme.be/articles.html.

2

**Juridische bijdragen van / Writings in law by Matthias E. Storme**

Doctoral thesis:

- *De invloed van de goede trouw op kontraktuele schuldvorderingen*, proefschrift
verdedigd aan de K.U.Leuven 7 juli 1989 (in de handelsuitgave 463 + XLVIII + 39
pp.)

Books

- *De invloed van de goede trouw op kontraktuele schuldvorderingen*, geaktualiseerde
handelsuitgave van het proefschrift verdedigd aan de K.U.Leuven 7 juli 1989, Story,
Brussel 1990, 463 + XLVIII + 39 pp. (X) (*) (***)

- achtste, door mij volledig herwerkte uitgave van M.L. STORME, *Algemene
Inleiding tot het recht*, Kluwer, Antwerpen, 1990, 380 pp (*) (***)

- *Unidroit Beginselen van internationale handelsovereenkomsten*, auteur van de
Nederlandse vertaling (met N. Frenk, m.m.v. M.J. Hoekstra en S.A. Gijsen),
Vermande Lelystad 1997, 244 pp. (*)

- *Bakens in de Storm. Opstellen over samenleving en toekomst aangeboden aan prof.
Marcel Storme ter gelegenheid van zijn emeritaat*, Lannoo Tielt 1995, 241 pp.
(redaktie en Woord vooraf).

- *(On)afhankelijkheid en (on)macht van de rechter*, AJT-Dossier 1996 nr. 8, p. 97-
116, met Voorwoord van M.E. Storme (*)

- *De retroactiviteit van rechtsregels*, referatenbundel van de studiedag Jura Falconis
14 februari 1998, Jura Falconis Libri Leuven 1998, 160 p.

Articles in books

a) international

- bijdrage over België aan *Defensive tactics against hostile takeovers in eight EEC
Countries*, Giuffré Milano 1990

- "Déontologie professionnelle et conduite loyale du procès - Professional ethics and
procedural fairness", belgisch rapport voor het IXe Wereldcongres voor Procesrecht,
Coimbra/Lissabon augustus 1991, in *Rôle et organisation des magistrats et avocats
dans les sociétés contemporaines, IXième Congrès mondial de droit judiciaire
(Rapports belges)*, Kluwer Antwerpen 1992, p. 3-124 (*)

- "De eigendom van het wild en de jachtvergunning. Of het onderscheid tussen
rechtsvordering en recht om te procederen", in *Te PAS. Opstellen aangeboden aan
prof. mr. P.A. Stein* , Kluwer Deventer / Tjeenk Willink Zwolle 1992, 253-271 (***)

- *La bonne foi dans la formation du contrat*, Rapport néerlandais fait à l'Association Henri Capitant des amis de la culture juridique française, Baton Rouge / New Orleans 1992, in *43. Travaux de l'Association Henri Capitant 1992 : La bonne foi.*, Paris 1994, p. 163-191 (*) (***)

- "De bindende kracht van de overeenkomst", in *Rechtsbeginselen in het vermogensrecht*, *BW-krant Jaarboek 1993*, red. afdeling burgerlijk recht Rijksuniversiteit Leiden, Gouda Quint Arnhem 1993, p. 117-136

- "The validity and the contents of contracts", in *Towards a european Civil Code* (red. A.S. Hartkamp, M.W. Hesselink, E.H. Hondius, C.E. du Perron, J.B.M. Vranken), Kluwer / Ars aequi 1994, p. 159-199 (*) (***)

- "Extinctive prescription under Belgian law", rapport voor de Académie internationale de droit comparé, in *Extinctive prescription, On the limitation of actions, Reports to the 14th international Congress of the international Academy of comparative law*, red. E. Hondius, Kluwer 1995, p. 41-73.`

- "Quelques problèmes concernant le transfert et le nantissement du fonds de commerce : l'expérience belge", in *La propriété en mutation*, rapports du Colloque Tempus (Rouen - Praha - Leuven) à Rouen le 10 et 11 mai 1993, Presses de l'Université de Haute-Normandie, Rouen 1997, p. 59-68

- "Functions and character of uniform principles of contract law", in *Essays on european law and Israel*, ed. A.M. Rabello, Hebrew University Jerusalem 1996, p. 419-437. Zie ook http://mishpatim.mscc.huji.ac.il/sacher/rabel97e.htm

- "La confiance est bonne, mais un *dual ownership* est préférable. Onze éléments essentiels à prendre en considération lors de l'introduction d'une figure similaire au tust ou contrat fiduciaire en droit belge", in *Trust & fiducie*, verslagboek Colloquium Brussel 9 februari 1996, Bruylant 1997, p. 277-334 (*)

- "Rechtszekerheid en vertrouwensbeginsel in het Belgisch verbintenissenrecht", Preadvies VVSRBN 20-11-1997, in *Vertrouwensbeginsel en rechtszekerheid in België*, Tjeenk Willink 1997, p. 1-67 (*)

- "The binding character of contracts - causa and consideration", in *Towards a european Civil Code* (red. A.S. Hartkamp, M.W. Hesselink, E.H. Hondius), Second revised and expanded edition, Kluwer / Ars aequi 1998, 239-254 (***)

- "Harmonisation of the law on (substantive) validity of contracts (illegality and immorality)", in *Festschrift für Ulrich Drobnig*, ed. J. Basedow, K. Hopt & H. Kötz, Mohr Tübingen 1998, p. 195-207

- "De kwaliteitsrekening, zakenrechtelijk bekeken", in *Inzake kwaliteit. De kwaliteits-of derdenrekening naar Belgisch en Nederlands recht*, (red. E. Dirix & R.D. Vriensedorp); Kluwer Antwerpen/Deventer 1998, p. 55-80, ook (bijgewerkt) in X., *Kwaliteitsrekeningen* (reeks Voorrechten en hypotheken. grondige studies nr. 5) , Kluwer Antwerpen 1999, p. 37-65 (*)

- "Belgien", in *Beweis- Preuve - Evidence, Grundzüge des zivilprozessualen beweisrechts in Europa*, H. Nagel en E-M Bajons (red.), Nomos Baden-Baden 2000, (21 blz.), http://www.storme.be/beweisrecht.html

- Belgisch co-auteur van R. ZIMMERMANN & S. WHITTAKER, *Good faith in european contract law*, in de reeks "The common core of European private law", Cambridge Univ. Press 2000

- "Schuldnerpflichten, Vertragsstörung und Verantwortung (PECL, PICC, Wiener Kaufrecht, Gandolfi-Code, BGB-Entwurf)", Kongres "Wandlungen des Schuldrechts in Europa", Freiburg i.B. 11 september 2001, in P. Schlechtriem (Hrsg.), *Wandlungen des Schuldrechts, Schriften der Ernst von Caemmerer-Gedâchtnisstiftung* Nr. 5, Nomos Baden-Baden 2002, p. 11-35.

- "Good faith and contents of contracts in European private law", lecture at the Conference
II INTERNATIONAL CONGRESS "BASES OF A EUROPEAN CONTRACT LAW", Lleida 9 mei 2002, also at http://www.storme.be/goodfaithlleida.pdf, ter perse in Bases of European Contract Law, 2003, p. ....; ook in *Electronic Journal of Comparative law (EJCL)* vol. 6 (2003) No. 1.

- "Information requirements and remedies in the principles of European Contract Law", lezing congres "Information requiremnst and remedies in European contract law", Europäische Rechtsakademie Trier 24 januari 2003, ter perse.


<u>b) domestic</u>

- "Overdracht van roerende goederen, vestiging van pandrecht, eigendomsvoorbehoud : een poging tot systematisatie", in *Het zakenrecht : absoluut niet een rustig bezit, XVIII&deg; Postuniversitaire Cyclus Willy Delva 1991-1992*, Kluwer Antwerpen 1992, p. 403-510 (*)(**)

- "Procesrechtelijke knelpunten bij de geldendmaking van rechten uit aansprakelijkheid voor de burgerlijke rechter", in *Recht halen uit aansprakelijkheid, XIX Postuniversitaire Cyclus Willy Delva 1992-1993*, Mys & Breesch Gent 1993, 189-238 (*)

- "Kontraktuele kontrolerechten en bewijsovereenkomsten", in *De behoorlijke beëindiging van overeenkomsten - La fin du contrat*, Jeune Barreau/Vlaams Pleitgenootschap /B.V.B.J., Brussel 1993, p. 57-109 (bespreking in *J.T.* 1993, 408) (*)

- (samen met Marcel Storme), "De telefax in het procesrecht", *Liber amicorum Marcel Briers*, Mys & Breesch Gent 1993, 377-388 (*) (recensie in *TGR* 1994, 167)

- "De bindende kracht van de overeenkomst tussen autonomie en vertrouwen", in *Liber amicorum Paul De Vroede* , Kluwer Antwerpen 1994, 1201-1220.

- "20 oorzaken van wantrouwen in het gerecht die verband houden met de regels betreffende of wijze van beroepsuitoefening door advokaten en magistraten", lezing Colloquium Interuniversitair Centrum Gerechtelijk Recht Leuven 16-12-1994, in *Het vertrouwen in het gerecht / La confiance dans la justice*, reeks IUCGR, red. P. Lemmens, Kluwer Antwerpen 1995, 26-58 (*)

- "De uitwendige rechtsgevolgen van verbintenissen uit overeenkomst en andere persoonlijke rechten : zgn. derde-medeplichtigheid aan wanprestatie, pauliana en aanverwante leerstukken", in *Overeenkomsten en derden : De externe gevolgen van overeenkomsten en de derde-medeplichtigheid*, BVBJ, Vlaams Pleitgenootschap, Jeune Barreau Brussel 1995, p. 111-189 (*)

- "Slotrede", in *Verzekeringen en gerechtelijke geschillen*, red. Vlaams Pleitgenootschap bij de balie te Brussel, Biblo Kalmthout 1996, p. 179-182.

- "De gevolgen van een defederalizering van de sociale zekerheid voor Brussel, grondwettelijke aspekten", in *De gevolgen voor Brussel van een eventuele (de)federalisering van de sociale zekerheid*, Verslagboek Colloquium KU Brussel - Vlaams Komitee Brussel 12-4-1997 (red. A. Delvaux, A. Monteyne & J. Degadt) (*****)

- "Trusts en fiduciaire figuren in het belgisch privaatrecht", *CBR Jaarboek* II, 1997-98, Maklu Antwerpen 1998, 485-558

- "De doorwerking van het anglo-amerikaanse recht in het Belgische contractenrecht", *CBR Jaarboek* II, 1997-98, Maklu Antwerpen 1998, 469-484

- "De drievoudige gelaagdheid van schuldvorderingen en hun bescherming", *Feestbundel Walter van Gerven*, Kluwer Antwerpen 2000, 329-342 (*)

-"De totstandkoming van overeenkomsten (inbegrepen vertegenwoordiging) in de beginselen van europees overeenkomstenrecht en het Belgische recht", in *Liber amicorum Jacques Herbots*, Kluwer Antwerpen 2002, p. 423-441.

- De defederalisering van het gerecht in België: een model voor bevoegdheidsverdeling - lezing op de Vlaamse Staatsrechtconferentie 2002 georganiseerd door de Vlaamse Juristenvereniging. ter perse in *Defederalisering van justitie ? , Staatsrechtconferentie 200*2, Larcier 2003, p. 53-101

- "De weerslag van de juridisering op vrijheid en gelijkheid in de verhoudingen van de burgerlijke maatschappij", in *Vrijheid en gelijkheid. De horizontale werking van het gelijkheidsbeginsel en de nieuwe antidiscriminatiewet*, Maklu Antwerpen 2003, p. 147-185; zie ook een uitgebreidere versie op http://www.storme.be/juridisering.html

Translations

- *Unidroit Beginselen van internationale handelsovereenkomsten,*

- Beginselen van europees overeenkomstenrecht, verschenen in *Tijdschrift voor privaatrecht* 2001, 1311-1352.

## Articles

### International reviews

- (samen met M.L. STORME) "De bindende derdenbeslissing naar belgisch recht", Preadvies voor de Jaarvergadering 1985 van de Vereniging voor de vergelijkende studie van het recht in België en Nederland,*TPR* (= *Tijdschrift voor Privaatrecht*) 1985, 713-748 (*) (**) (***)

- "De bepaling van het voorwerp van een verbintenis bij partijbeslissing", *TPR* 1988, 1259-1297 (*) (***)

- "Goede trouw in geding en bewijs - De Goede trouw in het geding ? De invloed van de goede trouw in het privaat proces- en bewijsrecht", Rapport voor het 34e Wetenschappelijk Kongres van de Vlaamse Juristenvereniging, *TPR* 1990 nr. 2, 353-543 (in het ekstranummer pp. 311-484) (*)(**)(***) (besproken door E. FORRIER in *TPR* 1990, extranummer (kongresnummer), en door P. TAELMAN in *R.W.*, 1989-90, 1507-1514)

- "The facts on trial", engelse vertaling van de openingsrede gehouden op de 101e plechtige openingszitting van het Vlaams Pleitgenootschap te Brussel, 9. *Current legal Theory* 1991, nr. 1 + 2, p. 1-34

- "Le procès des faits", vertaling van de openingsrede 101e plechtige openingszitting van het Vlaams Pleitgenootschap te Brussel, *Revue interdisciplinaire d'études juridiques*, 1992 - 28, p. 111-146

- "Walfords Chances under Belgian Law", Case note to the decision of the House of Lords in Walford v. Miles, *European Review of Private Law/Revue européenne de droit privé/ Europäische Zeitschrift für Privatrecht* , 1994, 315-327.

- "Perspektieven voor de bevrijdende verjaring in het vermogensrecht - met ontwerpbepalingen voor een hervorming", *TPR* 1994, 1977-2046 (*)(****)

- "Applications possibles et caractéres généraux des projets de droit uniforme des contrats", *Revue de Droit International et Droit Comparé*, 1995, 309-324

- "Bedenkingen bij de door het Hof van cassatie gehanteerde wijze van rechtsvinding en rechtsopvatting. Tegelijk een bijdrage tot de studie van een onderschatte rechtsbron : de traditie", *TPR* 1995, 971-1048, (*) (***) (herwerkte versie van een lezing in de cursus *Inleiding tot de cassatieprocedure en -praktijk*, Universiteit Gent 29 maart 1995, "Kritische bedenkingen bij de funktie van het Hof van Cassatie"), eveneens op www.storme.be/cassatie&traditie.html

- "Constitutional review of disproportionately different periods of limitation of actions (prescription), *ERPL* 1997 nr. 1, p. 79-89.

- "Het vertrouwensbeginsel in het belgisch verbintenissenrecht", preadvies Vereniging voor de vergelijkende studie van het recht in België en Nederland 21 november 1997, *TPR* 1997, 1861-1935 (*);

- "Van trust gespeend ? Trusts en fiduciaire figuren in het belgisch privaatrecht", *TPR* 1998, 703-819 (*) (recensie in *JT* 1999, 819)

- met E.M. KIENINGER, "Das neue Belgische Recht des Eigentumsvorbehalts", *RIW* (Recht der internationalen Wirtschaft)1999, 94-105

- "When does a freezing order become effective against the debtor of the receivables ?", *European review of private law* vol. 10, 2002 nr.1 , p. 134-141

- "Zur Bereicherungshaftung des Beschenkten gegenüber demjenigen, dessen Wertpapiere ihm der Schenker unter Ausnutzung einer Verfügungsvollmacht zugewendet hat. Note under BGH 4.2.1999", *European review of private law* 2002, 321-332.

Foreign reviews

- "Kausaliteit in het belgisch aansprakelijkheids- en verzekeringsrecht", Preadvies voor het Belgisch-Nederlands verzekeringsrechtelijk genootschap, *Verkeersrecht, wegverkeer / aansprakelijkheid / schade / verzekering* (Nederland), 1990, 225-231

- "Het proces van de feiten" in*TREMA* (*Tijdschrift voor de Rechterlijke Macht*, Nederland) 1992, 335-356

- "A kötelmi jog egységes alapelveinek funkciói és jellemzo"i", *Jogtudományi Közlöny* 1995, 353-357.

- "Over de verhouding tussen civielrechtelijke en strafrechtelijke verjaring en over diskrepantie tussen burgerrechtelijke verjaringstermijnen onderling - twee arresten van het belgisch grondwettelijk hof", *Ars Aequi* 1996, 650-655 (*)

Domestic reviews

- "Het recht op informatie : betekenis en begrenzing", *IUS* 1979-80, 5-17 (samen met J. MUYLDERMANS).

- "Recht op informatie in het burgerlijk recht", *IUS* 1979-80, 40-45 (samen met C. HEYVAERT).

- "Het beleid van de wetgever", *IUS* 1979-80, 128-140 (samen met P. CEUNINCK en J. MUYLDERMANS).

- "Kontraktuele aansprakelijkheid vlg. de eisen van redelijkheid (goede trouw) of misbruik van kontraktueel recht ?", noot onder kh. Gent 1 juni 1984, *R.W.* (*Rechtskundig Weekblad*) 1984-85, 1725-1733 (*).

- "De invloed van de goede trouw op de kontraktuele schuldvorderingen", rede Leuven 7 juli 1989, *R.W.* 1989-90, 137-141, ook in *VRG-Berichten* 1990 nr. 1 (*) (***)

- "De exceptio non adimpleti contractus, als uitlegvraag. Uitwerking van enkele aspekten in de verhouding tussen partijen, meer bepaald evenredigheid en volgorde van de prestaties", *R.W.* 1989-90, p. 313-324 (*) (**)

- "De goede trouw in het geding - Een stellingname ter discussie", rede op het 34e Wetenschappelijk Congres van de Vlaamse Juristenvereniging, *R.W.* 1989-90, 1491-1493

- medewerking aan M.L. STORME, "La bonne foi : expression de la postmodernité en droit", in *La Bonne foi*, Actes du Colloque organisé le 30 mars 1990 par la Conférence du jeune barreau de Liège (*)

- "Aspects de la causalité en droit des obligations et des assurances" (franse vertaling van het preadvies voor het Belgisch-Nederlands verzekeringsrechtelijk genootschap), *Bulletin des assurances / Tijdschrift voor verzekeringen,* 1990, 444-462 (*) (***)

- "Een verwittigd advokaat is er twee waard - laattijdige conclusies en andere stukken", *Berichtenblad Nederlandse Orde van advocaten bij de balie te Brussel*, 1990-91, 115-116

- "L'obligation de procéder de manière diligente et raisonnable : une obligation indépendante du fond de l'affaire", *J.L.M.B. (Jurisprudence de Liège, Mons et Bruxelles)* 1991, 456-460 (*)

- "Rechtsverwerking na de cassatie-arresten van 17 mei 1990 en 16 november 1990 : springlevend", *R.W.*, 1990-91, 1073-1080 (*)(**) (***)

- "Bewijs- en verbintenisrechtelijke beschouwingen omtrent het stilzitten van de aangesprokene bij een faktuur en bij andere vormen van aanspraakbevestiging", *T.B.H. (Tijdschrift Belgisch Handelsrecht),* 1991, 463-503 (*) (**), www.storme.be/faktuur.html

- "Strijdige standaardvoorwaarden : wie laatst lacht lacht niet altijd best", noot onder kh. Gent 24 april 1990, *T.B.H.* 1991, 557-559 (*)

- "Het ingaan en de terugwerkende kracht van de ontbinding van wederkerige overeenkomsten", *T.B.B.R.,* 1991, p. 101-119 (*) (**)

- "Variaties op het thema verjaring en verwerking in huurzaken", *R.W.*, 1991-92, 994-997 (*)

- "De toekomst van het burgerlijk proces : het proces van de feiten ?", Openingsrede 101e plechtige openingszitting van het Vlaams Pleitgenootschap te Brussel, 8 november 1991, *Rechtskundig Weekblad* 1991-92, 1441-1454 (*) (***), http://www.storme.be/procesvandefeiten.pdf

- "Moet mevrouw te voet boodschappen doen nu de auto van haar man werd aangereden ? Of : de maat van de schadebeperkingsplicht van de benadeelde", *Recente Cassatie* 1992, 160-161 (*)

- met H. COUSY, "Recht en gelijkheid - een tot naschrift herwerkte inleiding", XXXVe Congres van de Vlaamse Juristenvereniging, *R.W.*, 1992-1993, 1 (*)

- "Repelsteeltje, de windmolen en de zwaanridder. Of : het Hof van Cassatie en de rechtsverwerking", *Recente cassatie* 1992, nr. 21 (*)

- "La lampe magique de Saladin. Note sous Cass., 21 février 1992", *J.L.M.B.* 1992, nr. 41 p. 1458 (*)

- "Onhandelbare gedachten over de toekomst van het verhandelbaar vermogensrecht", *Droit des affaires - Ondernemingsrecht*, 1992, nr. 26, 137-163 (*)

- "de Warrant R.I.P. ?", noot onder Cass. 19 november 1992, *Recente Cassatie*, 1993, p. 15-18 (*)

- "Het verzuim door eigen verklaring van de schuldenaar en de betekenis daarvan in aannemingsovereenkomsten", *T.B.H.*, 1993, 239-241

- "De wonderlamp van Saladin. Of : hoe wil het Hof van Cassatie de beperkende werking van de goede trouw gaan toetsen ?", *T. Not (Tijdschrift voor notarissen)*, 1993, 381-384 (*)

- "De wijde mantel van de huurovereenkomst biedt ook plaats aan zuivere financieringshuur zonder vrijwaring door de lessor", *Recente Cassatie*, 1993, 179-180

- "Rechtsopvolging onder bijzondere titel tijdens het geding in België en Nederland", *R.W.*, 1993-94, 169-186 (*), www.storme.be/rechtsopvolging.html

- "Het misverstand : de vertrouwensleer geldt ook tussen partijen", noot onder Hof Brussel 26 mei 1992, *T.B.B.R. (Tijdschrift voor Belgisch Burgerlijk Recht)*, 1993, nr. 4/5, p. 336-341 (*)

- "De ingebrekestelling ad futurum en haar gevolgen", *T.B.H.*, 1994 , nr. 2, p. 141-145 (**)

- "De bescherming van de wederpartij en van het dwingend recht bij middellijke vertegenwoordiging, m.b. naamlening, in het burgerlijk procesrecht, en de betwistbare verwoording daarvan in de cassatiearresten van 25 november 1993", *Proces & bewijs* 1994, 53-61 (*)

- "Is het begrip wetsontduiking noodzakelijk om de opzegging van de pacht voor eigen gebruik te weigeren aan de koper van een vruchtgebruik voor het leven ?", *T. Not.*, 1994, p. 257-261.

- "Tegenstrijdige arresten m.b.t. de rente verschuldigd bij verzuim van de schuldeiser van een geldschuld ? Verregaande gevolgen van het laten aanslepen van een geding !", *Recente cassatie* 1994, 282-284.

- "De bewijswaarde van het proces-verbaal van vaststelling van materiële feiten door een gerechtsdeurwaarder op verzoek van particulieren (art. 516 Ger.W.) en aanverwante vragen", *R.W.*, 1994-95, 345-352 (*), eveneens in geaktualizeerde versie én in franse vertaling daarvan in *De gerechtsdeurwaarder / L 'huissier de justice*, 1995 nr. 2.704.

- "Bedenkingen over eigendomsoverdracht van en zakelijke rechten op onroerende goederen bij een konflikt tussen de beslagleggende schuldeiser van de koper en zijn hypotekaire kredietgever", noot onder Hof Gent 21 december 1993, *R.W.*, 1994-95, 825-827 (*)

- "De Lebbeekse uitweg uit een processuele valstrik : ten processe optreden in een andere hoedanigheid en optreden krachtens een ander recht", *Proces & Bewijs* , 1995, 43-44.(*)

- "De verjaring van de burgerlijke vordering al dan niet voortspruitend uit een misdrijf eengemaakt : ja, maar hoe ?"*R.W.*, 1994-1995, 1349-1350 (*)

- "Het kausale karakter van de hypoteekvestiging, namelijk als uitvoering van een verbintenis tot hypoteekvestiging", *AJT* (*Algemeen Juridisch Tijdschrift*) 1995, 506-507

- "Derdenverzet door de curator tegen de aanstelling of vervanging van een pandverzilveraar : nogmaals de schizotyme curator ?", noot onder cass. 16 december 1994, *Recente Cassatie* 1995 nr. 6, p. 175-177 (*)

- "Mogelijkheden en algemene kenmerken van eenvormig overeenkomstenrecht", *Jura Falconis* 1995, 491-504 (*)

- "Naamlening bij executie na opvolging in het geldend te maken recht", *R.W.*, 1995-1996, 327-331 (*)

- "Hoever reikt de regel van de onherroepelijkheid van een lastgeving van gemeenschappelijk belang - in het bijzonder bij enkele toepassingen in de notariële praktijk", *T. Not.*, 1996, 7-24

- met E. DIRIX, "Eigendomsvoorbehoud in het Ontwerp van Faillissementswet : hopeloos onsamenhangend", *R.W.* 1995-1996, 1421-1424 (****) (***)

- "Vertrouwen is goed, dual ownership is beter. Elf essentialia bij de invoering van een trustachtige figuur of fiduciaire overeenkomst in het belgische recht", *R.W.* 1996-97, 137-154 (*) (***)

- "Een web van formanten - een spel van beginselen", in *Tijd-Schrift, Juridisch Cahier*, 1996-97, nr. 2, 59-61 (over rechtsonderwijs en rechtsvergelijking), ook op http://www.storme.be/rechtsonderwijs.html

- "Aansprakelijkheid voor gerechtskosten en aansprakelijkheid van de advokaat", *Proces & bewijs*, 1997, 2-4 (*)

- "Zekerheidsoverdracht, numerus clausus van zakelijke rechten, en andere zekerheidsmechanismen na het cassatie-arrest van 17 oktober 1996", *R.W.* 1996-97, 1395-1403 (*) (***)

- "Vragen rond rente", lezing studiedag consumentenrecht van de Vereniging van vrede- en politierechters en de balie te Brussel, Brussel 15 februari 1996, *Tijdschrift voor Vrederechters* 1997, 196-203 (*)

- "Het grondboek : de vereiste hervorming van de regels betreffende de verkrijging van onroerende zakelijke rechten", pre-advies Wetenschappelijk Kongres Vlaamse Juristenvereniging Gent 25 april 1998, *RW* 1997-1998, p. 1173-1187 (*), www.storme.be/grondboek.html

- "Schipbreuk met toeschouwers. Rechts- en vertrouwensbescherming tegen de loodsen van het recht", lezing Colloquium Retro-activiteit van rechtsregels, in *Jura Falconis* 1999, 441-453 (*)

- "De ontvangstleer bij derdenbeslag en andere kennisgevingen die de betalingsverplichting van een schuldenaar wijzigen, en de verzendingsleer bij rechtshandelingen die een termijn doen ingaan", *R.W.* 1999-2000 nr. 39, 1338-1342

- met F. JUDO, "Blokkades : de overheid tussen voorzichtigheid en laksheid", *F.E.T.* 20 september 2000

- "Naar een Vlaamse justitie ? De defederalisering van het gerecht", openingsrede balie Mechelen 7 oktober 2000, *R.W.* 2000-2001, nr. 30, 1113-1120; in *Ad-vocare* mei 2001; in *De Grote Raad* vol. 8, november 2000, p. 3-23; in *Het Verbond* 2001, nr. 2 en 3; in *Secessie* 2001 nr. 3; ook op http://www.storme.be/Vlaamsejustitie.html

- "De invoering van de elektronische handtekening in ons bewijsrecht - een inkadering van en commentaar bij de nieuwe wetsbepalingen",

*Rechtskundig Weekblad* 2000-2001, 1505-1525, (*)
http://www.storme.be/elektronischehandtekening.html

- "Ceci n'est pas une pipe; Over de uitweg uit het belgisch surrealisme", *Ad-vocare* 2001, X-1, (*) ook op http://www.storme.be/belgischsurrealisme.html

- Het verrichten van rechtshandelingen door middel van nieuwe telecommunicatiemiddelen - de nieuwe wetsbepalingen ingekaderd in de algemene leer van de kennisgeving, *Rechtskundig Weekblad* 2001-2002, 433-447, (*)
http://www.storme.be/elektronischehandtekening.html

- "Schuldeisers moeten gelijk worden behandeld". Over het wetsontwerp omzetting richtlijn betalingsachterstanden, *Juristenkrant* 26 juni 2002

## Reports

- "Contractbreuk en derde-medeplichtigheid", verslag van de 1e sectie, XXXIIe Kongres v.d. Vlaamse juristenvereniging, *R.W.* 1985-86, 2775 v. (\*)

- "Overeenkomsten met de overheid", verslag van de jaarvergadering 1987 van de Vereniging voor de vergelijkende studie van het recht in België en Nederland, afdeling privaatrecht, *R.W.* 1987-1988, (749) 754-756

## Columns

- "La forme, cousine germaine de la mauvaise foi", *TRD (Tijdschrift voor Rechtsdocumentatie)* 1996, 15-16

- "Konflikten tussen (als voorrecht vermomde) pandrechten en andere onzekerheden", *TRD* 1996 nr. 2

- "Naar een europees verbintenissenrecht en andere dingen die niet overgaan", *TRD* 1996 nr. 3

- "Vloeiend verbintenissenrecht tussen derde-medeplichtigen en derde-rechtmatig-vertrouwenden", *TRD* 1996 nr. 4, 21-22.

- "Ontwikkelingen bij strafbedingen en bij aansprakelijkheid voor andermans daad", *TRD* 1996 nr. 5, p. 19-20

- "De burgerrechtelijke aspekten van een faillissementshervorming", *TRD* 1996-6, 23-24

- "Dood aan de bijzondere verjaringsregimes. Leve een globale hervorming van de bevrijdende verjaring", *TRD* 1996-7, 29-30 (\*)

- "Kwaliteitsrekeningen, aanmaningen tot kiezen, boomerangbepalingen en de kans om Beter Te Worden", *TRD* 1997-8, 21-22

- "Verborgen kwaliteiten en zichtbaar gebrekkige wetgeving", *TRD* 1997-9, 21-22

- "Een oogst met enkele losbollen", *TRD* 1997-10, 27-28

## Book reviews

- Boekbespreking H.C.F. SCHOORDIJK, De Nederlandse rechtscultuur vergeleken met de Anglo-Amerikaanse, *R.W.* 1990-91, 166-167

- Boekbespreking J.G. PRINCEN, Fair trial. Taken en verplichtingen voor rechter en partijen resulterend in een billijke bewijslastverdeling, *Rechtshulp* , 1991, 37-39

- Boekbespreking H.J. de KLUIVER en H.A.G. SPLINTER-VAN KAN, Privaatrecht als opdracht, *TPR*, 1992, 235-237

- Boekbespreking Arresten burgerlijk recht met annotaties, ten behoeve van het onderwijs verzameld door Mr. C.J. van ZEBEN en Prof.Mr. T.A.W. STERK, *TPR*, 1992, 234-235

- Boekbespreking Contract Law Today. Anglo-French Comparisons (Ed. D. Harris & D. Tallon), *TPR*, 1992, 1035-1039

- Boekbespreking Burgerlijk Wetboek. Tekst & Commentaar (red. J.H. NIEUWENHUIS, C.J.J.M. STOLKER en W.L. VALK), *TPR* 1994.

- Boekbespreking FESEVUR, Goederenrechtelijke colleges, *R.W.* 1996-97, 31

- Boekbespreking Europees Contractenrecht,*ERPL* 1996, 73-75, en *TPR* 1996, 711-712

- Boekbespreking, SCHRAGE, *TPR* 1997, 487

- Boekbespreking RIJKEN, *TPR* 1997, 494

f) Kortere noten onder rechtspraak

- noot onder Rb. Brugge 6 september 1989 (waarde van een éénzijdig deskundigenonderzoek), *R.W.*, 1990-91, 650-651

- noot onder Rb. Tongeren 6 november 1989 (verwerking van het recht op een tegenekspertise), *R.W.*, 1990-91, 651-652

- noot onder Rb. Brugge 23 januari 1989 (rechtsverwerking wegens het ontnemen van aanvechtingsmogelijkheden), *R.W.*, 1990-91, 892

- "Schuldeisersverzuim van de koper en wederverkoop", noot onder kh. Tongeren 21 september 1989, *R.W.*, 1990-91, 1342-1343

- noot onder kh. Brussel 13 november 1990, *T.B.H.*, 1991, 543-544 (laattijdig protest en aanvaarding) (*)

- noot onder Rb. Brugge 6 september 1989 (verwerking van de actio redhibitoria), *R.W.*, 1991-92, 96

## Syllabi

### a) current courses

- *Rechtspraak en rechtsvorming in Europees verband*, eerste uitgave UFSIA 1991 (enkel reader), tweede uitgave (reader met beknopte syllabus) 1992, derde uitgave (bestaande uit Reader en volledige Syllabus) 1993 (kursusdienst UFSIA), vierde uitgave (bestaande uit volledige syllabus en bronnenboek) 1994 (kursusdienst UFSIA), vijfde uitgave 1995 (kursusdienst UFSIA), zesde uitgave voorjaar 1996 (Faculté de droit FUNDP Namur), zevende uitgave januari 1997 (Universitas), achtste

uitgave oktober 1997 (Universitas), negende uitgave oktober 1998, tiende uitgave november 1999, elfde uitgave november 2000, twaalfde uitgave november 2001 (172 pp.), herdruk september 2002 (172 pp.)

- *Rechtspraakbundel* bij Rechtspraak en rechtsvorming in Europees verband, uitgave 2002, cursudienst UFSIA, zie ook http://www.storme.be/RREV.html (587 + 1113 + 122 pp).

- *Notarieel Zaken- en contractenrecht*, syllabus, 1994 (uitgave door studenten), tweede uitgave VRG-kursusdienst 1995, derde uitgave VRG-kursusdienst 1995-1996 (105 pp, zonder Overdracht van eigendom), vierde uitgave VRG-kursusdienst 1996-97 (110 pp, zonder Overdracht van eigendom en koop-verkoop) (*)

- Zaken- en kontraktenrecht voor het notariaat I : Appartementsrecht, syllabus, VRG-kursusdienst 1997, tweede uitgave 1998, derde uitgave 1999, vierde uitgave 2000 (*), vijfde uitgave 2001 (45 pp.), zesde uitgave september 2002 (51 pp.)

- *Zaken- en kontraktenrecht voor het notariaat II : Mede-eigendom, gemeenschap* , syllabus, VRG-kursusdienst 1997 (*),tweede uitgave 1998, derde uitgave 1999 (*)

- *Zaken- en kontraktenrecht voor het notariaat III : Lastgeving en verwante figuren* , syllabus, VRG-kursusdienst 1997, tweede uitgave 1998, derde uitgave 1999, vierde uitgave 2000 (*), vijfde uitgave 2001 (58 pp.), zesde uitgave september 2002 (56 pp.)

- *Zaken- en kontraktenrecht voor het notariaat IV: verbruikersbescherming bij onroerend goed en andere notariële overeenkomsten*, syllabus, VRG-kursusdienst 1997, tweede uitgave 1998, derde uitgave 1999, vierde uitgave 2000, vijfde uitgave 2001 (30 pp.), zesde uitgave september 2002 (33 pp.)

- *Zaken- en kontraktenrecht voor het notariaat V : beperkte zakelijke genotsrechten : erfpacht, opstal, vruchtgebruik.*, syllabus, VRG-kursusdienst 1997 , tweede uitgave 1998, derde uitgave 1999, vierde uitgave 2000 (*), vijfde uitgave 2001 (28 pp.), zesde uitgave september 2002 (29 pp.)

- *Overdracht van eigendom en vestiging van zakelijke rechten*, VRG kursusdienst 1996 (124 p.),

- *Handboek vermogensrecht I., Overdracht van eigendom en vestiging van zakelijke rechten*, eigen uitgave 1997, 240 pp., tweede uitgave voorjaar 1998 (350 pp.), derde uitgave voorjaar 1999 (390 pp.), vierde uitgave voorjaar 2000, vijfde uitgave januari 2001 (425 blz.), zesde uitgave november 2001 (496 blz.), als "*Verkrijging en verlies van goederen en zakelijke rechten*", zevende uitgave november 2002 (137 + + pp.), in voorbereiding als boek.(*)

- *Leading principles of Private Law / Introduction to Belgian Private Law*, partim *Property law*, eerste uitgave 1995-1996 (ca. 25 blz.), tweede uitgave 1996-97 (43 blz.), derde uitgave 1997-98 als *Comparative property law* (67 blz.); vierde uitgave 1998-99 (82 blz.), vijfde uitgave januari 2000 (93 blz.), zesde uitgave voorjaar 2001, zevende uitgave voorjaar 2002 als Comparative property law (45 + 46 + 22 = 113 pp)

- *Leading principles of Private Law / Introduction to Belgian Private Law*, partim *Law of Obligations*, Part I. General Part, eerste uitgave januari 1997 (102 blz.), tweede uitgave voorjaar 1998 (ca. 120 blz.), derde uitgave voorjaar 1999, vierde uitgave voorjaar 2000, 180 blz.

- *Practicum Zekerheden. Een rechtspraakbundel*, syllabus voor het Practicum zekerheden, UIA 1991-92 (kursusdienst UIA), nieuwe uitgave 1998 (kursusdienst UIA), nieuwe uitgave 1999 (idem), nieuwe uitgave 2000 (idem), nieuwe uitgave 2001 (idem), nieuwe uitgave oktober 2002 (idem)

- *Rechtsrelativiteit en rechtsvergelijking*, syllabus UIA, eerste uitgave mei 2002 (121 + 25 = 146 pp.)

- *Zekerheden*, syllabus UIA, eerste uitgave najaar 2002 (174 pp)

b) past courses

- *Lezing van juridische teksten in het Duits*, reader, KU Leuven 1992, tweede uitgave 1993, derde uitgave 1994, aanvulling bij de derde uitgave 1995 (kursusdienst VRG), vierde uitgave 1996 (kursusdienst VRG Leuven), vijfde uitgave 1997 (kursusdienst VRG), zesde uitgave 1998 (kursusdienst VRG), zevende uitgave 1999 (kursusdienst VRG), achtste uitgave 2000 (kursusdienst VRG)

- *Practicum Verbintenissen. Een rechtspraakbundel*, syllabus voor het Practicum Verbintenissen, UIA 1992, tweede uitgave 1993, derde uitgave 1994, vierde uitgave 1995, vijfde uitgave 1996, zesde uitgave 1997, zevende uitgave 1997, achtste uitgave 1998, negende uitagve 1999 (kursusdienst UIA), tiende uitagve 2000 (kursusdienst UIA)

- *De Richtlijn Produktenaansprakelijkheid*, reader voor de studenten van het seminarie Bijzondere vraagstukken van het recht, UFSIA 1989-90, tweede uitgave 1991-92 (kursusdienst UFSIA)

- (samen met prof. J.M. van Dunné en P. Klik) redaktie van een "reader" *Frans verbintenissenrecht*, Erasmus universiteit, Rotterdam 1990

- *De Argumentatie bij de voorbereiding van recente huurwetgeving*, reader voor de studenten van het seminarie Bijzondere vraagstukken van het recht, UFSIA 1990-91 (kursusdienst UFSIA), tweede uitgave 1994-95

- *Juridische terminologie voor franstaligen, deel verbintenissenrecht* : begrippen uit het algemeen vermogensrecht, het verbintenissenrecht, het exekutierecht en het bewijsrecht, met uiteenzettingen betreffende de moeilijk in het frans vertaalbare begrippen, Leuven Language Training 1991

- met F. REYNTJENS, *Comparative Legal systems. A reader*, European Studies Program Universiteit Antwerpen 1992 (kursusdienst UFSIA)

- *Juridische vragen bij de milieutaksen*, reader voor de studenten van het seminarie Bijzondere vraagstukken van het recht, UFSIA 1992-93, tweede uitgave 1993-94 (kursusdienst UFSIA)

- *Inleiding tot de rechtsvergelijking met lezing van franse juridische teksten*, Tekstenbundel, kursusdienst UFSIA, 1995-1996, met aanvulling 1996.

- *Verkeersaansprakelijkheid*, reader Bijzondere vraagstukken van het recht, UFSIA 1996-97, Universitas Antwerpen (later aangevuld)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE LERNOUT & HAUSPIE SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 00-CV-11589-PBS |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust.,<br>        Plaintiffs,<br>v.<br>JO LERNOUT, *et al.*,<br>        Defendants. | Civil Action No. 02-CV-10302-PBS |
| STONINGTON PARTNERS, INC., *et al.*,<br>        Plaintiffs,<br>v.<br>CARL DAMMEKENS, *et al.*,<br>        Defendants. | Civil Action No. 02-CV-10303-PBS |
| PAUL G. BAMBERG, *et al.*,<br>        Plaintiffs,<br>v.<br>KPMG, LLP, *et al.*,<br>        Defendants. | Civil Action No. 02-CV-10304-PBS<br><br>CONSOLIDATED WITH<br>Civil Action No. 02-CV-10305-PBS |
| JANET BAKER, *et al.*,<br>        Plaintiffs,<br>v.<br>KPMG, LLP, *et al.*,<br>        Defendants. | |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN



Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.1, Plaintiffs, by and through its counsel, hereby move to compel Defendant Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren ("KPMG-B") to produce documents and other information in response to the following sets of Rule 34 documents requests and Rule 33 interrogatories:

(a) Class Plaintiffs First Request for Production of Documents from KPMG-B dated September 26, 2002;

(b) Filler, Stonington, and Baker Plaintiffs' First Request for Production of Documents Propounded to KPMG-B dated September 18, 2002; and

(c) Filler Plaintiffs' First Set of Interrogatories Propounded to KPMG-B dated September 18, 2002.

In support of this motion, Plaintiffs submit the accompanying Memorandum of Law, the Affidavit of Patrick L. Rocco and the Declaration of Mathias Storme.

WHEREFORE, Plaintiffs request that this motion to compel the production of documents and other information from Defendant KPMG-B be granted in full.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(D), Plaintiffs request oral argument.

Dated: April 18, 2003

Respectfully submitted,

*Patrick J. Egan*

**BERMAN DEVALERIO PEASE**
**TABACCO BURT & PUCILLO**
Glen DeValerio, BBO #122010
Jeffrey C. Block, BBO #600747
Michael T. Matraia, BBO #633049
Patrick T. Egan, BBO #637477
One Liberty Square
Boston, MA 02109
(617) 542-8300

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record and other party by mail (by hand) on 4/18/03 + Fed Ex hand

**SHALOV STONE & BONNER LLP**
Lee S. Shalov
Patrick L. Rocco
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340

**CAULEY GELLER BOWMAN & COATES, LLP**
Steven E. Cauley
Curtis L. Bowman
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
(501) 312-8500

**CO-LEAD COUNSEL FOR LEAD PLAINTIFFS AND THE CLASS**

LOONEY & GROSSMAN
Richard J. Grahn
Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

BERNSTEIN LITOWITZ, BERGER & GROSSMAN LLP
Max W. Berger, Esq.
Steven B. Singer, Esq.
Avi Josephson, Esq.
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

**COUNSEL FOR STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND, L.P, and STONINGTON HOLDINGS, L.L.C.,**

2

REECE & ASSOCIATES, P.C.
Alana A. Prills, BBO #652881
Laurence H. Reece, III, BBO #414460
Marie A. Ryan, BBO #646813
One Bowdoin Square
Boston, Massachusetts  02114
Telephone:  (617) 747-7550

GREGORY P. JOSEPH LAW OFFICES LLC
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Honey L. Kober, N.Y. Atty Reg. #2176063
Susan M. Davies, N.Y. Atty Reg. #2413508
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

**COUNSEL FOR GARY B. FILLER and
LAWRENCE PERLMAN, TRUSTEES
OF THE TRA RIGHTS TRUST**

LAW OFFICE OF PARTRIDGE, ANKER
& Horstmann, LLP
Terrence K. Ankner, BBO #552469
200 Berekely Street, 16th Floor
Boston, MA 02116

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
390 North Orange Avenue, Suite 1890
Orlando, Florida 32801-3456
Telephone:  (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
Tracy Z. Frisch
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

**JANET BAKER, JAMES BAKER,
JK BAKER LLC AND JM BAKER LLC.**

3

## RULE 7.1a(2) AND 37.1 CERTIFICATION

I, Patrick L. Rocco, counsel for lead plaintiffs, hereby certify that on December 20, 2002 and January 10, 2003, I conducted a telephone conference with counsel for defendant KPMG-B, in accordance with Local Rules 7.1(A)(2) and 37.1, in an attempt to narrow or eliminate the need for this motion to compel.  These conferences did not eliminate the need for this motion.

Dated: April 18, 2003

_____
Patrick L. Rocco

3